# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) |
| v. | CASE NUMBER: 09-PO-00125-DLW<br>U.S. MARSHAL NO: 35559-013 |
| ERIC LEE GOSTIN | STEVEN WELLS (Defendant's Attorney) |

**THE DEFENDANT:** Plead guilty to Count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. 3; 36 C.F.R. 4.2; C.R.S. 42-4-128(1)(a) | DRIVING UNDER RESTRAINT | 06/07/09 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts 2 and 3 of the Information are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

June 11, 2009
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

June 11, 2009
Date

DEFENDANT: ERIC LEE GOSTIN
CASE NUMBER: 09-PO-00125-DLW

Judgment-Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 days with 30 days suspended upon the following special conditions:

1. The Defendant shall not be charged or convicted of any moving violation for a period of two (2) years.

2. The Defendant shall not operate any motorized vehicle without a valid driver's license.

The defendant is remanded to the custody of the United States Marshal.

The Defendant shall be given credit for time served in this matter.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT: ERIC LEE GOSTIN
CASE NUMBER: 09-PO-00125-DLW

Judgment-Page 3 of 5

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| 1 | $10.00 | 0 | $0.00 | $0.00 |
| TOTALS | $10.00 | | $0.00 | $0.00 |

DEFENDANT: ERIC LEE GOSTIN
CASE NUMBER: 09-PO-00125-DLW

Judgment-Page 4 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Due by July 1, 2009.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment.